UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FELTON BURKS,

    Petitioner,　　　　　　　　　　Civil No. 10-cv-12771
　　　　　　　　　　　　　　　　　　　HON. BERNARD A. FRIEDMAN

v.

DEBRA SCUTT,

    Respondent,
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable Bernard A. Friedman, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on June 12, 2013.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this 12th., day of June, 2013.

　　　　　　　　　　　　　　　　　　　DAVID J. WEAVER
　　　　　　　　　　　　　　　　　　　CLERK OF THE COURT

APPROVED:

　　　　　　　　　　　　　　　　　　　BY: Carol L. Mullins
　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

s/ Bernard A. Friedman_____
HON. BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE